AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 27 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number: 4:07cr00087-01 JMM |
| **RICHARD JOHN WEBBER, II** | USM Number: 24610-009 |
| | **Charles S. Embry, Jr.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)   1 - 4 of the Information

☐ pleaded nolo contendere to count(s) _____  which was accepted by the court.

☐ was found guilty on count(s) _____  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC 1343 | Wire Fraud, Class C Felonies | 2/13/2006 | 1 - 4 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 26, 2007
Date of Imposition of Judgment

_James M Moody_
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

Nov 27, 2007
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  6

DEFENDANT: **RICHARD JOHN WEBBER, II**
CASE NUMBER: **4:07cr00087-01 JMM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Twelve (12) months plus one (1) day on each count to run concurrent.**

X    The court makes the following recommendations to the Bureau of Prisons:
Defendant shall participate in non-residential substance abuse treatment, mental health counseling, and vocational programs during incarceration.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐ a _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X  before 2 p.m.   Monday, January 14, 2008   .

   X  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:      **RICHARD JOHN WEBBER, II**
CASE NUMBER:    **4:07cr00087-01  JMM**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **three (3) years**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3B — Supervised Release

Judgment—Page 4 of 6

DEFENDANT:       **RICHARD JOHN WEBBER, II**
CASE NUMBER:     **4:07cr00087-01 JMM**

# ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

14) The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation office.

15) The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT: **RICHARD JOHN WEBBER, II**
CASE NUMBER: **4:07cr00087-01 JMM**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 0 | $ 70,892.42 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| SEE ATTACHMENT |  | 70,892.42 |  |

| **TOTALS** | $ 0 | $ 70892.42 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine   X restitution.

☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Final Restitution
US v. Webber

| VALUE | ITEM | VICTIM |
|---|---|---|
| 173.5 | Titleist Titanium 983K 9.5* Grafalloy Prolite Driver | |
| 218.5 | Callaway X 14 ProSeries SteelHead Irons 3-9 & PW | |
| 125.05 | King Cobra Titanium 400SZ 10.5* Grafalloy Driver | |
| 0 | 288 Gallon Glass Aquarium - Fish Tank - Reptile Tank | |
| 65.99 | Milwaukee 12 Volt Heavy Duty Cordless Drill With Case | |
| 152.51 | Dewalt DW621 Router With Guide Almost New | |
| 0 | Bruizer SOB S.O.B. Paintball Marker - Paintball Gun | |
| 0 | Neuspeed Strut Brace Honda Civic DelSol | |
| 0 | Wiring Harness Honda Civic DelSol With Cruise, P.W. | |
| 0 | Honda Civic Delsol Stock Steering Wheel With Airbag | |
| 0 | Honda Civic DelSol Dash Board Black | |
| 0 | Honda Civic DelSol Si Gauge Cluster | |
| 200 | Roland SC 155 Sound Canvas Midi Sound Generator | |
| 0 | Honda Civic Delsol Passenger Side Black Mirror | |
| 115 | Two Yamaha Microphones Cardioid Dynamic | |
| 285 | Callaway Big Bertha 2002 Series Original Grips Nice | |
| 34.5 | Callaway Big Bertha War Bird 5 S2H2 | |
| 38 | Callaway Big Bertha War Bird 7 Heaven Wood S2H2 | |
| 56 | Callaway Big Bertha War Bird 9 Divine Nine | |
| 19.99 | Orlimar 9* TriMetal Ultralite Graphite Firm Shaft | |
| 10.5 | Orlimar 13* TriMetal Ultralite Graphite Firm Shaft | |
| 27.5 | Cleveland Tour Action Sand Wedge 54*  Reg. 588 | |
| 36.02 | Odyssey White Hot Putter Center Shafted #5 | |
| 34.5 | Callaway Big Bertha War Bird 3 Wood S2H2 | |
| 96 | Callaway Big Bertha War Bird 11 Ely Would Wood S2H2 | |
| 251.01 | Callaway SteelHead X - 14 Irons 3 - 9 & PW | |
| 141.5 | King Cobra SS 350 10.5* Titanium Driver - Perfect | |
| 113.49 | Taylormade V Steel 15* 3 Wood Ultralite Stiff Flex | |
| 91 | Taylormade V Steel 18* 5 Wood Ultralite Stiff Flex | |
| 100.99 | Taylormade V Steel 21* 7 Wood Ultralite Stiff Flex | |
| 200 | Paslode Cordless Nail Gun Framing Nail Gun | |

Page 1 of 7

| Amount | Item |
|---|---|
| 137.59 | Paslode Powermaster Plus F350S Nail Gun |
| 177.59 | Paslode Powermaster Plus F350S Nail Gun |
| 59.99 | Chicago 1" Rotary Hammer Drill 41983 |
| 122.5 | Bosch Rotary Hammer Drill 11224VSR |
| 1999 | Nikkor AF-S VR 70-200 f2.8G IF-ED Lens |
| 999.99 | Nikon 28-105 mm Macro 3.5-4.5D Camera Lens Nikkor |
| 335 | Earthquake Auger 9000E With 6" Bit Brand New In Box |
| 137.5 | Senco SFN40 Nail Gun |
| 122.5 | CST Berger Automatic Level 24X With Tripod |
| 31 | Evergrind Model E202 1/2 HP Garbage Disposal |
| 32 | Milwaukee 48 59 0186 Universal DC 9.6-18 Volt Charger |
| 45 | MILWAUKEE 18 VOLT 6515-20 SAWZALL |
| 1600 | Nikon D100 6.1 Megapixel With MB D100 Grip |
| 0 | GE Stainless Steel Electric Oven & Range JBP69SHSS |
| 275 | Deep See Wetsuit 6.5mm LS Shorty and John -- Large |
| 275 | Deep See Wetsuit 6.5mm LS Shorty and John -- XL |
| 0 | Extang Saber Tonno Tonneau Cover S 10 Model 3605 NEW |
| 925 | Ridgid 300 Pipe Threader Threading Machine Rigid |
| 330 | Milwaukee 18 Volt Cordless 4 Tool Combo Kit 0923-29 |
| 0 | Milwaukee 18 Volt Cordless 4 Tool Combo Kit 0923-29 |
| 138.5 | Milwaukee 48-59-0260 Multi Bay Charger With 2 18v Batts |
| 164.5 | Fill Rite SD1202 12 volt Fuel Transfer Pump 13 GPM NIB |
| 255 | Milwaukee 18 Volt Cordless 4 Tool Combo Kit 0923-29 |
| 140.5 | Milwaukee 5359 - 21 1 1/8" SDS Rotary Hammer |
| 132.5 | Milwaukee Hole Hawg Model 1675 - 1 |
| 295 | Hilti TE 35 Rotary Hammer Combihammer Medium Mass |
| 76.01 | CST Berger MP5 LaserMark Laser Level - MP 5 Laser Mark |

Final Restitution
US v. Webber

| | |
|---|---|
| 178.95 | PLS3 Laser Level Good Condition |
| 123.5 | Hilti DX A41 Nail Gun Used Gun Only Ramset |
| 66.05 | Makita 5277NB Hypoid Saw Like Worm Drive But Better |
| 56 | Senco SFN40 Nail Gun Used |
| 10.5 | Tradesman Air Brad Nailer Stapler |
| 1091 | Spectra LL600 Laser Level, HR500 Receiver, &Tripod |
| 520 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 36 | Milwaukee Magnum Holeshooter 1/2" Drill |
| 76 | DeWalt 1" SDS Rotary HammerDrill D25203 Hammer Drill |
| 87.14 | Milwaukee 6390 7 1/4 Tilt Lok Circular Saw 2 New Blades |
| 84.52 | Ridgid Universal Die For Model 300 1" - 2" 1 inch |
| 0 | Quantum Q Flash model T With Quantum Turbo Battery |
| 1600 | Nikon D100 With Accesories Used One Month Perfect |
| 0 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 500 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 0 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 78.96 | Hilti TE-TX 13/16-21 SDS Bit #340723 TE - TX New |
| 46 | Dewalt Radio DW911 with 18V Charger Used Good Cond. |
| 152.57 | PLS3 Laser level with Case and Brackets  PLS 3 |
| 560 | AGL Beamer 4 Construction Laser Level Exc. Cond. |
| 400 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 0 | Ridgid Universal Die For Model 300 1" - 2" 1 inch |
| 0 | Ridgid Universal Die For Model 300 1" - 2" 1 inch |
| 0 | Hilti TE-TX 13/16-21 SDS Bit #340723 TE - TX New |
| 0 | Hilti GX100 Nail Gun With Case Ramset Pin Nailer GX 100 |
| 86 | DeWalt DW705 Compound Miter Saw DW 705 |
| 310 | Chefmate GC9 Meat Slicer By Globe GC 9 |
| 80 | Traxxas Big Bore Shocks Part # 4962 NIB E & T Maxx |
| 1875 | Ridgid Model 300 T2 Pipe Threader - Stand, Die, Manual |

Final Restitution
US v. Webber

| | |
|---|---|
| 37.49 | TraxxasFront Bulkheads Aluminum 4930X NIB |
| 188.01 | Echo CS-346 Chainsaw     CS 346 Chain Saw |
| 365 | Stihl TS-400 Concrete Cut Off Saw TS 400 Good Cond. |
| | |
| 37.49 | TraxxasRear Bulkheads Aluminum 4929X NIB |
| 101.01 | Globe GPS 15 Digital Food Portion Scale GPS15 15 lb NIB |
| 30 | Toa BG-130 Mixer Amplifier 30W BG 130 BG130 MOH MIC/TEL |
| 20 | RadioShack Pro-75 Police Scanner 200 Channel Pro 75 |
| 203.75 | Dell 1900FP 19" Flat Panel LCD Monitor 1900 FP |
| 260 | ViewSonic 19" LCD Flat Panel Monitor VA902b View Sonic |
| 140 | Dell 1703FPs 17" LCD Monitor 17 inch Flat Panel |
| 280 | Dell Ultrasharp 1901FP 19" LCD Monitor 19 Inch Flat |
| 152.5 | Ridgid Universal Die 811a Threads 1" to 2" Pipe |
| 160 | Dell 17" LCD Flat Panel Monitor E173FPt 17 inch |
| 172.5 | Dell 17" LCD Flat Panel Monitor E173FPt 17 inch |
| 168 | Dell 17" LCD Flat Panel Monitor E173FPt 17 inch |
| 178.01 | Ridgid Universal Die 815a Self opening 1/4" to 2" |
| 64 | Dewalt D28493 9" Right Angle Grinder Large Heavy Duty |
| 250 | Ridgid TriStand Model 460 Pipe Stand Chain Vise 450 |
| 470 | Stihl MS360 Pro 20" Chainsaw MS 360 20 inch Extra Chain |
| 510 | Miller HF-251D-1 High Frequency Arc Starter HF 251D 1 |
| 456 | DeVilbiss 7000 Watt / 8400 Max Generator EXGB7010 |
| 183.59 | Dewalt D28493 9" Right Angle Grinder Large Heavy Duty |
| 313.85 | Ridgid Universal Die 811a Threads 1" to 2" Pipe |
| 611.01 | Warn XD9000i Self Recovery Winch - XD 9000 I 9000 lb |
| 950 | Graco Ultimate MX 795 Airless Paint Sprayer |
| 255 | Ridgid TriStand Model 460 Pipe Stand Chain Vise 450 |
| 32 | Dell 8X DVD Rom 24X CD Laptop Disc Drive 18THT A00 |
| | |
| 10,000 | Miller Pro 300 CC/CV Diesel Welder - Mig Tig AC DC Cut |
| 255 | Ridgid Universal Die 815a Self opening 1/4" to 2" |
| 260 | Ramset Trakfast TF1100 Drywall fastening System ITW |

Final Restitution
US v. Webber

| | |
|---|---|
| 293.99 | O.S. FS 120SIII RC Airplane Four Stroke Engine NIB |
| 526 | AGL Beamer 4 Rotary Laser With Tripod & Wallmount |
| 499 | JR XP9303 SPCM PCM Helicopter Transmitter Remote |
| 0 | Electromotive Tec 3 Standalone Dual DFU System Like New |
| 0 | Sony Vaio PCG-V505BX Laptop 2.0 Ghz P4 Like New |
| 0 | JR XP9303 SPCM PCM Helicopter Transmitter Remote |
| 516 | AGL Beamer 4 Rotary Laser With Tripod & Wallmount |
| 0 | Ramset Trakfast TF1100 Drywall fastening System ITW |
| 0 | Nikkon AF Nikkor 70 - 300 mm 1:4 - 5.6 G Lens New |
| 560 | Laser Alignment LB-100 Rotary Laser By Leica Geosystems |
| 0 | Vivitar 70 - 210mm f4.5 - f5.6 Macro 1:4x Lens Nikon |
| 274.39 | NIB OS FS 91SII-P Pumped Four Stroke Engine |
| 116.5 | PLS3 Self Leveling Laser - Pacific Laser Sytems PLS 3 |
| 441.75 | InFocus LP425Z DLP Projector With Case and Manual |
| 0 | Minolta Activa 10 X 25 Waterproof Binocular 10X25 NEW |
| 0 | Tamron AF 75 - 300 mm F/4 - 5.6 LD Macro Lens 672DP |
| 799.95 | NEC VT660 LCD Projector Perfect Condition With Case |
| 0 | Nikon MB-16 Battery Pack Genuine For F80 N80 Series NIB |
| 0 | Minolta Classic II 7 X 35 W Binoculars New In box |
| 0 | Mecablitz 54 MZ-3 Nikon Flash For AutoFocus NIB 54234N |
| 0 | Minolta Activa 8 X 25 Waterproof Binocular 8X25 FM NEW! |
| 0 | Minolta AF 100 - 300 / 4.5 - 5.6 (D) APO Lens Maxxum |
| 0 | JR XP9303 SPCM PCM Helicopter Transmitter Remote |
| 0 | Canon BP-300 Grip For EOS Elan 7e 7Ne 7 7 N New! BP300 |
| 255.01 | Ridgid Universal Die 815a Self opening 1/4" to 2" |
| 122.5 | HP ASUS P4G533-LA Motherboard Fits 503W 533W 500 Series |
| 36 | MSI K7TTurbo2 Motherboard Socket A With Trim Plate |
| 7.5 | HP Pocket PC Cradle PE2065 With Battery For IPAQ h1945 |
| 346 | JR XP 9303 A/S  Airplane Radio Control Remote Sailplane |
| 0 | NIB OS FS 91SII-P Pumped Four Stroke Engine |
| 98 | AMD Athlon 1.4 Ghz Processor Thunderbird 1400 |

Final Restitution
US v. Webber

| | |
|---|---|
| 35 | AMD Athlon 1.0 Ghz Processor Thunderbird 1000 |
| 61 | Intel Pentium 4 1.8 Ghz 5 CPU Processor 512/400 |
| 41 | Asus A7V8x-MX SE Motherboard Socket A 462 |
| 31 | Dell CDRW / DVD ROM Drive Latitude Inspiron 8W007-A01 |
| 128.39 | Dell OG1548 Dimension 2400 Motherboard P4 Bluford i845G |
| 91.5 | AMD Athlon XP 2500+ 2.1 Ghz CPU 400Mhz FSB Barton |
| 386.98 | Dell 2001FP 20" Inch LCD Monitor Ultrasharp Flat Panel |
| 20.5 | Abit-KG7 AMD Motherboard Socket 462 Athlon Abit KG 7 |
| 35.5 | Intel Celeron 2.2Ghz CPU Processor 128/400 |
| 260 | Dell 1901FP LCD Flat Panel Monitor 19" Inch With Spkrs |
| 386.02 | Dell 2001FP 20" Inch LCD Monitor Ultrasharp Flat Panel |
| 41 | Ridgid Model No. 2A Pipe Cutter Up to 2" Cuts No.2A |
| 150.15 | OS Max 61 SX-H ring "WC" Series RC Helicopter Motor |
| 5000 | Nitto Kohki Hydraulic Punch HPD-05 With Selfer Ace |
| 2950 | Gardner Bender GB Enerpac Cyclone Pipe Bender B2000 |
| 16.95 | Dewalt DW9116 7.2 - 18 V Charger Used Good Condition |
| 0 | Minolta Activa Standard 7-15x35 Zoom Binoculars NIB!!! |
| 0 | Trek Liquid 20 Full Suspension Frame - Bike Bicycle |
| 288.82 | Hobart Handler 140 Mig Welder New In Box 500500 |
| 450 | Ebay purchaser of Welder |
| 423.56 | Ridgid Model 300 T-2 Pipe Threader Complete with Oiler |
| 2001 | Ebay purchaser of Pipe Threader |
| 112.5 | Sony DSC-P9 Cyber Shot 4 Megapixel Digital Camera |
| 204.5 | Topcon AT - G7n Automatic Survey Level With Tripod |
| 8000 | Olympus BX40 Research Microscope w/ Video Camera BX-40 |
| 725 | AGL EAGL 1000 Electronic Rotary Laser Level w/ Reciever |

Final Restitution
US v. Webber

| | |
|---|---|
| 0 | Meade Captureview Digital Camera Binoculars - Used |
| 16.95 | Dewalt DW9116 7.2 - 18 V Charger Used Good Condition |
| 0 | Minolta Classic Sport 8x42 WP Binoculars NIB!!! |
| 0 | Minolta Classic Sport 12x50 WP Binoculars NIB!!! |
| 16.95 | Dewalt DW9116 7.2 - 18 V Charger Used Good Condition |
| 0 | 3DFX Voodoo 3 3500 TV AGP Video Card - AV In & Out!! |
| 45.95 | HP Magenta Laserjet 4500 - 4550  C4193A Cartridge 93A |
| 38 | Kolpin Gun Boot Model 20051 ATV Rifle Storage FAA App. |
| 0 | Minolta Activa 10x50W Binoculars Waterproof NIB!!! |
| 179.99 | JR XS3 Pro FM Radio Control Nitro Remote Controller |
| 0 | Specialized P1 Frame, Headset, Bottom Bracket,Tensioner |
| 0 | ALEX DM24 Wheel Set Kenda KRAD Tires, DEORE Hubs |
| 629 | Gravely 148Z Zero Turn Mower 48 Inch Deck 60 Hours!! |
| 4610 | Ebay purchaser of Mower |
| 0 | Gravely 148Z Zero Turn Mower 48 Inch Deck 60 Hours!! |
| 0 | Manitou Sherman FlickPlus TPC 110/150 Exc. Cond!!! |
| 0 | Giant VT2 VT 2 16.5 Inch Frame 2004 Model Exc. Cond!!! |
| 1507 | Miller Maxstar 150 STL TIG Welder Never Used, Perfect!! |
| 600 | Warn Winch XD9000i In Great Cond. W/ Brush Gaurd Mount |
| | |
| | |
| | |
| | |
| | |
| 70892.42 | TOTAL RESTITUTION |

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:        **RICHARD JOHN WEBBER, II**
CASE NUMBER:      **4:07cr00087-01  JMM**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ __400.00__ due immediately, balance due
Payable to Clerk of Court, 600 West Capitol, Suite A-149, Little Rock, AR  72201
    ☐  not later than _____ , or
    X  in accordance   ☐ C,   ☐ D,   ☐ E, or   X  F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D,   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

During incarceration, the defendant will pay 50 percent per month of all funds that are available to him.  This excludes gifts from family and/or friends.  During residential re-entry placement, payments will be reduced to 10 percent of the defendant's gross monthly income.  Beginning the first month of supervised release, payments will be 10 percent per month of the defendants monthly gross income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.