# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**V.**                                                                                  **4:07CR00087-01 JMM**

**RICHARD JOHN WEBBER, II**

## ORDER

Pending is the Defendant's motion for termination of his term of supervised release. Defendant states that his term of supervised release should be terminated pursuant to 18 U.S.C. § 3583(e)(1) because he has exhibited exemplary behavior by completing his education and establishing successful business ventures.

The Court commends the Defendant for his activities and, for this reason, the Court has previously modified the Defendant's conditions of supervision. However, after reviewing § 3583(e)(1), the factors set forth in § 3553, and the Government's response, the Court is not satisfied that termination of supervised release is warranted by the interest of justice. Accordingly, Defendant's motion (Docket # 26) is DENIED.

IT IS SO ORDERED this 26th day of April 2010.

_____
James M. Moody
United States District Judge